UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAMIAN MOSSO-SALAZAR, EFRAIN
URBANO, and LIBORIO BRAVO MOLINA,
individually and on behalf of others similarly
situated,

               Plaintiffs,                       18 **CIVIL** 2505 (GBD)

       -against-                       **JUDGMENT**

NEW LEXINGTON CORP. d/b/a HAANDI
RESTAURANT, ARTAZA ALI and SHABBIR
SIAL,
              Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated October 15, 2018, Magistrate Judge Aaron's September 4, 2018, Report and Recommendation is adopted in full no objections have been filed;  Defendants are ordered to pay plaintiffs damages in the following amounts: Mosso-Salazar — $240,800.00, plus prejudgment interest on unpaid overtime of $117,900.00, at the rate of nine percent per year, calculated for the midpoint date of 1/31/2015 until the entry of judgment, in the amount of $39,362.45 for a total sum of $280,162.45; Urbano — $275,526.00, plus prejudgment interest on unpaid overtime of $135,263.00, at the rate of nine percent per year, calculated for the midpoint date of 3/2/2015 until the entry of judgment, in the amount of $44,158.74 for a total sum of $319,684.74; Molina — $213.310.00, plus prejudgment interest on unpaid overtime of $104,155.00, at the rate of nine percent per year, calculated for the midpoint date of 5/13/2015 until the entry of judgment, in the amount of $32,153.00 for a total sum of $245,463.00; and Defendants are also ordered to pay Plaintiffs' attorneys' fees and costs of $11,290.00.

Dated: New York, New York
October 16, 2018

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON __10/16/2018__