ABSTRACT OF JUDGMENT

Re: Mosso-Salazar et al. v. New Lexington Corp. et al.

Case Number: 18-cv-02505-GBD-SDA

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| New Lexington Corp. d/b/a Haandi Restaurant<br>113 Lexington Avenue,<br>New York, N.Y. 10016<br>Artaza Ali<br>113 Lexington Avenue,<br>New York, N.Y. 10016<br>Shabbir Sial<br>113 Lexington Avenue,<br>New York, N.Y. 10016 | Damian Mosso-Salazar- c/o Michael Faillace & Associates, P.C., 60 East 42nd Street, Suite 4510, New York, NY 10165<br>Efrain Urbano- c/o Michael Faillace & Associates, P.C., 60 East 42nd Street, Suite 4510, New York, NY 10165<br>Liborio Brave Molina<br>c/o Michael Faillace & Associates, P.C., 60 East 42nd Street, Suite 4510, New York, NY 10165 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $856,600.19<br><br>See Addendum | For Plaintiffs<br>Michael Antonio Faillace, Esq.<br><br>Michael Faillace & Associates, P.C.<br>60 East 42nd Street<br>Suite 4510<br>New York, NY 10165 | 10/16/2018 |

**UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

Dated: New York                    , New York

**RUBY J. KRAJICK, Clerk of Court**

_____

**By,  Deputy Clerk**